UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:20-cv-00386-AGF |
| CREVE COEUR PLAZA ASSOCIATES, LLC, a Missouri limited liability company; | : |
| and | : |
| TUESDAY MORNING, INC., a Texas corporation; | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant CREVE COEUR PLAZA ASSOCIATES, LLC has reached a settlement in principle with Plaintiff Fred Nekouee. Such parties expect to perfect the settlement agreement within the next 14-days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

1

**CERTIFICATE OF SERVICE**

  I certify that on September 1, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                s/Robert J. Vincze
                Robert J. Vincze (MO #37687)