UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRED NEKOUEE, individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 4:20-cv-00386-AGF |
| | : | |
| CREVE COEUR PLAZA ASSOCIATES, LLC, | : | |
| a Missouri limited liability company; | : | |
| | : | |
| and | : | |
| | : | |
| TUESDAY MORNING, INC., a Texas | : | |
| corporation; | : | |
| | : | |
| Defendants. | : | |

/

## <u>NOTICE OF DISMISSAL OF CASE WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendants with prejudice.  Pursuant to the Court's Order [Doc 28], the Plaintiff advises the Court of its intention to dismiss all claims in this case, including those against Defendant Tuesday Morning, Inc., which claims are subject to a bankruptcy stay.  Defendant Creve Coeur Plaza Associates, LLC has entered into a Settlement Agreement with the Plaintiff that includes certain obligations with respect to the premises currently leased to Defendant Tuesday Morning, Inc.

DATE:  September 9, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2020, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.

s/*Robert J. Vincze*
Robert J. Vincze (MO #37687)